18758. DuBose *v.* The State.

Luke, J. An essential element of the offense of violating the "labor-contract act" (section 715 of the Penal Code), and one which the State must prove, is that the accused, *at the time* he received the money or other thing of value in consideration of the making of the contract, had formed the deliberate and fraudulent intent to cheat and swindle the other party to the contract. *Mulkey* v. *State,* 1 *Ga. App.* 521 (57 S. E. 1022). Under this ruling and the facts of the instant case, the defendant's conviction was unauthorized, and the refusal to grant him a new trial was error.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

Decided April 10, 1928.

*H. J. Lawrence,* for plaintiff in error.
*Wade H. Watson, solicitor,* contra.